**Exhibit A to Short Form Complaint in In re: Aqueous Film Forming Foams Products Liability Litigation, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Aburto, Juan | 5/15/1959 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 2. | Acuna, Claudia | 9/9/1979 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer; Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 3. | Baity, Benjamin | 7/5/1951 | Indiana | United States District Court for the Southern District of Indiana | Yes | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 4. | Balmer, Timothy o/b/o Bensley, Connie | 2/11/1964 | Kansas | United States District Court for the Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 5. | Bastian, Francis | 10/25/1953 | Maryland | United States District Court for the District of Maryland | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 6. | Bell, James | 2/21/1961 | North Carolina | United States District Court for the Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 7. | Bingaman, Jason | 12/28/1986 | South Dakota | United States District Court for the District of Colorado | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 8. | Boling, Christopher | 7/4/1984 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 9. | Bowden, Michael | 1/24/1959 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 10. | Breaux, Gloria | 2/1/1949 | Alabama | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 11. | Bryant, Andrea | 8/19/1983 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 12. | Burgos, Olivia | 5/31/1974 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 13. | Bush, Rodney | 11/2/1965 | Louisiana | United States District Court for the Western District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 14. | Capuziello, John | 2/17/1951 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 15. | Chergosky, David | 2/14/1962 | Virginia | United States District Court for the Eastern District of Virginia | No | Yes | No | Testicular Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 16. | Chism, Randall | 1/21/1962 | Michigan | United States District Court for the Eastern District of Michigan | No | Yes | No | Kidney Cancer; Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 17. | Clay, Jason | 6/5/1976 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 18. | Cline, Andrew | 6/8/1984 | Indiana | United States District Court for the Southern District of Indiana | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 19. | Colon, George | 8/3/1962 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 20. | Cox, Deborah | 9/3/1957 | Kentucky | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 21. | Crecelius, Shaun | 9/27/1982 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 22. | Croft, Shirley | 12/20/1963 | Tennessee | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 23. | De La Torre, Alexander | 6/27/1985 | California | United States District Court for the Central District of California | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 24. | Debrew, Larry | 7/8/1954 | Virginia | United States District Court for the Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 25. | Deerwester, George | 10/2/1947 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 26. | DeLonjay, Jeffrey | 11/16/1962 | Illinois | United States District Court for the Southern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 27. | Desiderio, Linda | 1/25/1953 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 28. | Douroux, Mark | 6/27/1964 | Louisiana | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 29. | Eagle, Mark | 7/1/1964 | Florida | United States District Court for the Middle District of Georgia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 30. | Engel, Timothy | 2/20/1958 | Iowa | United States District Court for the Southern District of Iowa | No | | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 31. | Fagan, Tina | 4/11/1968 | Kentucky | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 32. | Feldgreber, Allen | 9/3/1950 | Iowa | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 33. | Fitzgerald, Michael | 10/29/1997 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 34. | Formo, Jonathan | 6/18/1954 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 35. | Fowler, Ronda | 6/18/1965 | West Virginia | United States District Court for the Northern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 36. | Frederick, Michael | 9/5/1958 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 37. | Gallucci, Anthony | 5/26/1950 | Louisiana | United States District Court for the Southern District of New York | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 38. | Garcia, Melissa | 12/9/1971 | Oklahoma | United States District Court for the Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 39. | Gardner, Richard | 11/27/1966 | Massachusetts | United States District Court for the District of Massachusetts | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 40. | Gibson, Christopher | 4/2/1970 | North Carolina | United States District Court for the Western District of North Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 41. | Gossett, Brooke | 9/27/1984 | Kentucky | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 42. | Gradeless, William | 11/27/1961 | Alabama | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 43. | Grapentine, Terry | 11/4/1950 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 44. | Graves, Billie | 9/11/1961 | Nevada | United States District Court for the District of Nevada | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 45. | Griffin, Artimus | 1/7/1978 | Texas | United States District Court for the Southern District of Illinois | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 46. | Hayes, Henry | 3/11/1964 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 47. | Helton-Davis, Sonyja | 10/13/1953 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 48. | Henry, Scott | 9/2/1947 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 49. | Heyse, Christine | 3/3/1961 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 50. | Hicks, Ernestine | 6/13/1949 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer; Thyroid Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 51. | Hodge, Justin | 6/15/1993 | North Dakota | United States District Court for the Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 52. | Hotz, Steven | 5/9/1981 | Iowa | United States District Court for the Northern District of Iowa | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 53. | Hughes, Richard | 6/25/1943 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 54. | Hull, Tiffany | 11/3/1985 | West Virginia | United States District Court for the Southern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 55. | Hunter, Sherry | 12/27/1962 | Indiana | United States District Court for the Middle District of Alabama | No | Yes | No | Kidney Cancer; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 56. | Hurubean, John | 8/1/1965 | Indiana | United States District Court for the Northern District of Indiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 57. | Janiszewski, Kenneth | 2/6/1963 | Pennsylvania | United States District Court for the Middle District of Pennsylvania | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 58. | Jones, Randy | 5/15/1965 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 59. | Kazmierski, Robert | 7/7/1969 | California | United States District Court for the Southern District of California | No | Yes | No | Kidney Cancer; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 60. | Kegley, Katherine | 8/3/1951 | Virginia | United States District Court for the Eastern District of Virginia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 61. | Keith, Linda | 10/16/1955 | Kentucky | United States District Court for the Western District of Kentucky | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 62. | Kennedy, Kevin | 3/6/1975 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 63. | King, Brannon | 8/29/1978 | Virginia | United States District Court for the District of Utah | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 64. | Krall, Daniel | 1/18/1989 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 65. | Landau, Terry | 10/22/1948 | Oregon | United States District Court for the District of Oregon | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 66. | Lardear, John | 10/3/1953 | Delaware | United States District Court for the District of Delaware | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 67. | Lawson, David | 7/26/1945 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 68. | Lemke, Brenda | 1/18/1958 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 69. | Lopez, Johnny | 12/4/1975 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Testicular Cancer; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 70. | Lucero, Tanya | 8/2/1969 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer; Thyroid Disease; Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 71. | Marcy, Rodney | 12/6/1954 | California | United States District Court for the District of New Jersey | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 72. | Marrero, Angela | 12/21/1981 | Texas | United States District Court for the Northern District of Texas | No | Yes | No | Ulcerative Colitis | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 73. | McCabe, Christopher | 8/7/1967 | Maryland | United States District Court for the District of Maryland | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 74. | McCarroll, Jerry | 11/18/1972 | Illinois | United States District Court for the Central District of Illinois | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75. | McConnell, Mary | 12/31/1954 | Washington | United States District Court for the Eastern District of Washington | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 76. | McDaniel Beck, Patricia | 2/28/1955 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 77. | Mckoy, Virginia | 9/25/1954 | Florida | United States District Court for the Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 78. | McWhorter, Hamilton | 9/7/1954 | California | United States District Court for the Southern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 79. | Meraz, Martha | 10/18/1975 | Arizona | United States District Court for the Southern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 80. | Middleton, Elvin | 1/19/1965 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 81. | Mira, Michael | 8/25/1994 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 82. | Montgomery, Steve | 4/18/1991 | Missouri | United States District Court for the Western District of Missouri | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 83. | Morris, Denine | 5/30/1964 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 84. | Morris, Warren | 12/9/1957 | Alabama | United States District Court for the Middle District of Alabama | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 85. | Nabholz, John | 2/10/1961 | South Carolina | United States District Court for the Eastern District of Arkansas | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 86. | Nelson, Diana | 10/18/1952 | Mississippi | United States District Court for the Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 87. | Neslen, Robert | 4/16/1959 | Utah | United States District Court for the District of Utah | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 88. | Nichols, Wallace | 2/28/1968 | Virginia | United States District Court for the Eastern District of Virginia | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 89. | Nickell, Lesa | 3/2/1966 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 90. | Nielsen, III, Christian | 2/26/1979 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 91. | Nordmeyer, Michelle | 8/23/1955 | Texas | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 92. | Olea, Francisco | 7/20/1981 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 93. | Olson, Jodee | 3/3/1958 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 94. | Olson, Susan | 6/28/1963 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 95. | Padgett, Brenda | 7/7/1955 | South Carolina | United States District Court for the District of South Carolina | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 96. | Pagano, Anthony | 7/30/1958 | Connecticut | United States District Court for the District of Connecticut | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 97. | Parreira, Anthony | 10/17/1959 | California | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 98. | Pittman, Susan o/b/o Pittman, Alan | 5/31/1961 | Louisiana | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 99. | Pollard, Chettea | 7/21/1950 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 100. | Price, Monica | 11/29/1965 | Kentucky | United States District Court for the District of Kansas | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Pridgett, Devon | 9/19/1955 | California | United States District Court for the Southern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 102. | Purser, Jeffrey | 7/21/1961 | Washington | United States District Court for the Eastern District of Washington | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 103. | Rencher, Leonard | 8/26/1955 | California | United States District Court for the Northern District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 104. | Roberts, Terry | 2/11/1987 | South Carolina | United States District Court for the Eastern District of Tennessee | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 105. | Romero, III, Andrew | 4/29/1970 | Colorado | United States District Court for the District of Colorado | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 106. | Roscoe, Lawrence | 10/25/1971 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 107. | Rosenkranz, Christine | 6/14/1969 | Illinois | United States District Court for the Southern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 108. | Rosfeld, Tyler | 12/20/1993 | Indiana | United States District Court for the Southern District of Indiana | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 109. | Rucker, David | 10/25/1968 | Utah | United States District Court for the District of Utah | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 110. | Sanquenetti, Martha | 10/8/1958 | South Carolina | United States District Court for the Southern District of Indiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 111. | Saylor, Raemarie | 9/13/1962 | Washington | United States District Court for the Western District of Washington | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 112. | Schmidt, Ralph | 12/4/1962 | South Carolina | United States District Court for the Northern District of California | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 113. | Simonton, TJ | 6/5/1983 | Oregon | United States District Court for the District of Oregon | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 114. | Sinnott, James | 4/26/1985 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 115. | Skinner, Jean | 4/21/1956 | District of Colombia | United States District Court for the District of Columbia | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 116. | Soto, Mario | 1/19/1973 | New Mexico | United States District Court for the District of New Mexico | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 117. | Statler, Carol | 1/4/1957 | Missouri | United States District Court for the Eastern District of Missouri | No | Yes | No | Kidney Cancer; Thyroid Disease | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 118. | Stewart, Anthony | 2/22/1970 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 119. | Stilwell, Tracy | 1/27/1960 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 120. | Straub, Rodney | 1/3/1961 | Kansas | United States District Court for the District of Kansas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 121. | Strehle, Kendall | 10/10/1957 | Iowa | United States District Court for the Southern District of Iowa | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 122. | Svenby, Amanda | 11/17/1982 | Alabama | United States District Court for the Middle District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 123. | Szymanski, Richard | 10/17/1964 | Delaware | United States District Court for the District of Delaware | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 124. | Teague, Stanley | 2/13/1967 | Mississippi | United States District Court for the Northern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 125. | Thomas, Dorothea | 2/15/1956 | Alabama | United States District Court for the Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 126. | Timbrook, Michael | 3/8/1974 | Ohio | United States District Court for the Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 127. | Tousignant, Patrick | 6/24/1970 | South Dakota | United States District Court for the District of South Dakota | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 128. | Tripp, Jovita o/b/o Tripp, Alan | 10/23/1945 | California | United States District Court for the District of Idaho | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX, X, XI |
| 129. | Vance, Michael | 4/10/1974 | Washington | United States District Court for the District of Idaho | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 130. | Vicioso, Peggy | 7/27/1961 | Arizona | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 131. | Victor, Brenda | 12/10/1959 | Colorado | United States District Court for the Northern District of Texas | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 132. | Waguespack, Herman | 6/26/1959 | Louisiana | United States District Court for the Eastern District of Louisiana | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 133. | Warren, Lee | 10/5/1946 | Arizona | United States District Court for the District of Arizona | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 134. | Webb, George | 1/26/1949 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 135. | Weber, Jacob | 2/1/1977 | Utah | United States District Court for the Western District of Washington | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 136. | Wedekind, Bonita | 6/25/1950 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Thyroid Disease; Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 137. | Wells, Dolores | 3/1/1960 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 138. | West, Daniel | 3/16/1979 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 139. | White, Joshua | 5/12/1990 | Alabama | United States District Court for the Middle District of Alabama | No | Yes | No | Testicular Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 140. | Wilkerson, Suzanne | 9/10/1959 | Florida | United States District Court for the Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 141. | Williams, Barbara | 1/8/1965 | Illinois | United States District Court for the Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 142. | Wilson, Tami | 3/23/1964 | Tennessee | United States District Court for the Middle District of Tennessee | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |
| 143. | Zuniga, Priscilla | 2/19/1977 | California | United States District Court for the Central District of California | No | Yes | No | Kidney Cancer | Counts I, II, III, IV, V, VI, VII, VIII, IX |